IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

BRIAN PISORS,

    Plaintiff,                    No. CIV S-12-0485 JAM DAD PS

    vs.

THE LINCOLN NATIONAL          ORDER
LIFE INSURANCE COMPANY,

    Defendant.

_____/

        This action was removed from state court on February 24, 2012, by defendant The Lincoln National Life Insurance Company, whose motion to dismiss is set for hearing on April 20, 2012. The case has been referred to the undersigned pursuant to Local Rule 302(c)(21).

        The pro se plaintiff has filed a notice of voluntary dismissal in which he seeks to dismiss this entire action pursuant to Federal Rule of Civil Procedure 41(a). Defendant has not filed an answer or a motion for summary judgment in this court, and it does not appear that defendant filed an answer or a motion for summary judgment in the state court prior to removal. Plaintiff's dismissal is therefore proper pursuant to Rule 41(a)(1)(A)(i).

/////

/////

Accordingly, IT IS ORDERED that:

1. Plaintiff's entire action is dismissed pursuant to his March 14, 2012 notice of dismissal (Doc. No. 6) and Federal Rule of Civil Procedure 41(a); and

2. Defendant The Lincoln National Life Insurance Company's motion to dismiss (Doc. No. 5), having been rendered moot by plaintiff's voluntary dismissal of the action, is dropped from the court's April 20, 2012 calendar.

DATED: April 9, 2012.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:6
Ddad1\orders.pro se\pisors0485.voldism

2